IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:  11-po-00040-GJR

UNITED STATES OF AMERICA,

 Plaintiff,

v.

KENNETH B. FRIGO,

 Defendant.

---

### MINUTE ORDER SETTING TRIAL TO COURT AND MOTION HEARING

---

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:  January 03, 2012**

 It is hereby **ORDERED** that this matter is set for a half-day trial to the Court beginning on March 19, 2012 at 1:00 p.m. before Magistrate Judge Gudrun J. Rice at U.S. Courthouse, Wayne Aspinall Federal Building, 400 Rood Avenue, Room 323, Grand Junction, Colorado, 81501.  The provisions of the Local Rules of this Court and Fed. R. Crim. P. 16 shall be followed by the prosecution and the defense.

 **IT IS ORDERED**, that all motions in this case be filed on or before February 20, 2012.

 **IT IS ORDERED**, that all responses to motions in this case be filed on or before February 29, 2012.